◎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tanya Swanson and Michael Swanson

V.

RMG Systems, a/k/a Receivables Management Group, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-2587 SRN/SER

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' claims against Defendant are **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

|  |  |
|---|---|
| November 17, 2011 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/A. Linner |
|  | (By)            A. Linner   Deputy Clerk |